IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
EASTERN DIVISION

| | | |
|---|---|---|
| DEMARKOS SIMMONS | ) | CASE NO. 1:15-CV-2706 |
| | ) | |
| Plaintiff | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND, et al. | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Now comes the Plaintiff, Demarkos Simmons, pursuant to FRCP Rule 41(a)(1)(A)(i), the Plaintiff hereby dismisses the within case, without prejudice and subject to the savings statute.

Respectfully submitted,

/s/ William Carlin
William A. Carlin 0009144
29325 Chagrin Boulevard
Suite 305
Pepper Pike, Ohio 44122
(216) 831-4935
(216) 831-9526
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on March 2nd, 2016, a copy of Plaintiff's Notice of Voluntary Dismissal without prejudice was filed electronically.   Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.   All other parties will be served by regular U.S. mail.   Parties may access this filing through the Court's system.

William A. Carlin 0009144